IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

QUAR'MARDEN Q. BRAND,

    Plaintiff,

v.                                    CASE NO. 5:13-cv-174-RS-EMT

DAVID PUCKETT, et al.,

    Defendants.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 40), and Plaintiff's Objection (Doc. 43). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

3. All pending motions are **DENIED as moot**.

4. The clerk is directed to close the file.

**ORDERED** on June 13, 2014.

                                          /s/ Richard Smoak
                                          RICHARD SMOAK
                                          UNITED STATES DISTRICT JUDGE